IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 15-cv-02177-RBJ | Date:  January 15, 2016 |
| Courtroom Deputy: Valeri P. Barnes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| BILL BARRETT CORPORATION, | *Andrew Glenn* |
| | *Karen Spaulding* |
| **Plaintiff** | |
| v. | |
| YMC ROYALTY COMPANY, LP, | *Lee Morehead* |
| YBC MANAGERS, LLC, and | *Timothy Odil* |
| BAYSHORE ROYALTY, LP, | |
| **Defendants** | |

### COURTROOM MINUTES

**MOTIONS - SCHEDULING CONFERENCE**

Court in Session:  1:31 p.m.

Appearances of counsel.

Argument by counsel on [15] Defendants' Motion to Dismiss.

Court in Recess:  2:28 p.m.
Court in Session:  2:35 p.m.

**ORDERED: [15] Defendants' Motion to Dismiss (1) Personal Jurisdiction is denied; (2) Subject Matter Jurisdiction is denied; and (3) Failure to State a Claim is denied.**

**THREE-DAY COURT TRIAL** is set for **January 23, 2017, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **December 16, 2016, at 1:30 p.m**. in the same courtroom location.  Parties

are to have exchanged and conferred on jury instructions, exhibit lists and witness lists. Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference. A pretrial order is not needed.

**The Court accepts the proposed limits and deadlines which include:**

Deadline for joinder of parties and amendment of pleadings: March 4, 2016

Discovery cut-off: August 15, 2016

Dispositive motion deadline: September 15, 2016

Discussion held on discovery disputes and protective orders.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess: 3:09 p.m.          Hearing concluded.          Total time in Court: 1:31