IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-02177-RBJ

BILL BARRETT CORPORATION,

      Plaintiff,

v.

YMC ROYALTY COMPANY, LP,
YBC MANAGERS, LLC, and
BAYSHORE ROYALTY, LP.,

      Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

      This matter has been scheduled for a **three day Bench Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 23, 2017 at 9:00 a.m.**

      A Trial Preparation Conference is set for **December 16, 2016 at 1:30 p.m.** Counsel who will try the case shall attend in person.

      During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

      For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

      DATED this 19th day of January, 2016.

      BY THE COURT:

_____

R. Brooke Jackson
United States District Judge